IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ISAAC TUBBS,<br><br>      Petitioner,<br><br>  v.<br><br>JAMES A. YATES,<br><br>      Respondent. | CV F 06-0204 OWW WMW HC<br><br>ORDER REQUIRING PETITIONER TO FILE PETITION ON PROPER FORM |

    Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. The petition is not filed on the form required by this court. Accordingly, the Clerk of the Court is DIRECTED to mail Petitioner a copy of the form for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is ORDERED to file his petition on that form, labeling it as his first amended petition, no

later than thirty (30) days after the date of service of this order.

IT IS SO ORDERED.

**Dated:   March 16, 2006**                              **/s/  William M. Wunderlich**
bl0dc4                                                                        UNITED STATES MAGISTRATE JUDGE

2