UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABRAHAM ISAAC TUBBS, | ) | 1:06-CV-0204 OWW WMW HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| JAMES A. YATES, | ) | (DOCUMENT #14) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 16, 2007, respondent filed a motion to extend time to file a motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file its motion to dismiss.

IT IS SO ORDERED.

**Dated:   May 16, 2007**              /s/  **William M. Wunderlich**
                                               UNITED STATES MAGISTRATE JUDGE